A CERTIFIED TRUE COPY
ATTEST
By Jakela Mells on Jun 03, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
JUN 10 AM 7:53

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

May 18, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

D. W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**

MDL No. 875

(SEE ATTACHED SCHEDULE)

C09-1242 MHP

**CONDITIONAL TRANSFER ORDER (CTO-322)**

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 84,548 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted

Jun 03, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 6/3/09
ATTEST: [signature]
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                            MDL No. 875

### SCHEDULE CTO-322 - TAG-ALONG ACTIONS

**DIST.  DIV.  C.A.#**        **CASE CAPTION**

CALIFORNIA CENTRAL
  CAC    2    09-2275         Lois Jean Conner, et al. v. Alfa Laval, Inc., et al.

CALIFORNIA NORTHERN
  CAN    3    09-1242         Douglas Coughran, et al. v. United States of America
  CAN    3    09-1269         Richard Close v. General Electric Co., et al.
  CAN    3    09-1271         Edward Brazzi, et al. v. United States of America
  CAN    3    09-1322         Sharon Woody, et al. v. General Electric Co., et al.
  CAN    3    09-1358         Bruce Arnold, et al. v. A.W. Chesterton Co., et al.
  CAN    3    09-1782         Wiley Utterback v. Foster Wheeler LLC, et al.
  ~~CAN    4    09-1456~~     ~~John Dobrocke, et al. v. Allis-Chalmers Corp. Product~~
                              ~~Liability Trust, et al.~~ **Vacated 6/1/09**
  CAN    4    09-2012         Barbara Hulsen, et al. v. General Electric Co., et al.

DELAWARE
  DE     1    09-235          Janice Happel, etc. v. Anchor Packing Co., et al.

FLORIDA SOUTHERN
  FLS    1    09-20578        Laura Benjamin, etc v. A.W. Chesterton Co., et al.

LOUISIANA EASTERN
  LAE    2    09-3347         Union Carbide Corp., et al. v. South African Marine
                              Corp., Ltd., et al.

MASSACHUSETTS
  ~~MA     1    09-10365~~    ~~Contrino A. Geraldine, etc. v. General Electric Co., et al.~~
                              Opposed 5/29/09
  MA     1    09-10509        Lynn Montero, etc. v. Viad Corp., et al.

MAINE
  ME     2    09-147          Eleanor Hayes, et al. v. Metropolitian Life Insurance Co., et al.

MINNESOTA
  MN     0    09-829          Charles Traxler v. Soo Line Railroad Co.

**MDL No. 875 - Schedule CTO-322 Tag-Along Actions (Continued)**

NORTH CAROLINA EASTERN
  NCE 7 09-29            Robert Owen Tallent, et al. v. Aqua-Chem, Inc., et al.

NORTH CAROLINA MIDDLE
  NCM 1 09-271           Monroe Steele, Jr., et al. v. Aqua-Chem, Inc., et al.
  NCM 1 09-273           James Robert Shumake, et al. v. Aqua-Chem, Inc., et al.
  NCM 1 09-274           Thomas Wayne Thompson, et al. v. Aqua-Chem, Inc., et al.
  NCM 1 09-275           Hoyle Jennings Ford, Jr., et al. v. Aqua-Chem, Inc., et al.
  NCM 1 09-282           Mark Grey Lawson, et al. v. Aqua-Chem, Inc., et al.
  NCM 1 09-284           Carl Eugene Dry, II, et al. v. Aqua-Chem, Inc., et al.
  NCM 1 09-325           Richard Ben Barber, Jr., et al. v. Aqua-Chem, Inc., et al.
  NCM 1 09-326           Brady Gray Reavis, et al. v. Aqua-Chem, Inc., et al.
  NCM 1 09-334           Florence P. Haynes, etc. v. A.W. Chesterton Co., et al.
  NCM 1 09-337           Steve Franklin Joyce, et al. v. Aqua-Chem, Inc., et al.
  NCM 1 09-341           David Dexter Allmon, et al. v. Aqua-Chem, Inc., et al.

NORTH CAROLINA WESTERN
  NCW 1 09-131           Donald Eugene King, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 09-132           Albert Wayne Lingerfelt, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 09-133           Buren Edward McSwain, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 09-135           William Hunter Miller, et al.v Aqua-Chem, Inc., et al.
  NCW 1 09-136           Larry Bryant Reynolds, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 09-137           Tony Lee Scruggs, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 09-139           Steve Wayne Sexton v. Aqua-Chem, Inc., et al.
  NCW 1 09-140           Donald McKenny Smith, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 09-141           Jimmy Dale Stone, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 09-142           Bobby Charles Brooks, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 09-143           Ronald Phifer Fink, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 09-144           Daniel Lee McCraw, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 09-147           Michael Phillip Rogers, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 09-148           Samuel Furman Sherrill, et al. v. Aqua-Chem. Inc., et al.
  NCW 1 09-149           Glen Phillip Karasiewicz, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 09-150           Darrell Bundy Wolfe, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 09-153           Bennie Ray Godwin, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 09-154           Timothy Leroy Heiskell, et al. v. Aqua-Chem, Inc., et al.
  NCW 1 09-156           Rhonda T. Russell, etc. v. Aqua-Chem, Inc., et al.
  NCW 1 09-157           Fay H. Beckham, et al. v. CBS Corp., et al.
  NCW 1 09-167           Carl H. Krumroy, et al. v. Hobart Brothers Co., et al.
  NCW 1 09-171           Curtis James Nolen, Sr. v. Aqua-Chem, Inc., et al.
  NCW 1 09-176           Ricky Eugene Owens, et al. v. Aqua-Chem, Inc., et al.

## MDL No. 875 - Schedule CTO-322 Tag-Along Actions (Continued)

NEW YORK EASTERN
NYE 1   05-2720        William Hamilton, etc. v. A.W. Chesterton Co., et al.

OHIO NORTHERN
~~OHN 1   09-10002~~        ~~William Sillanpa v. Durabla Manufacturing Co.~~ Opposed 5/27/09
OHN 1   09-10003        Roger Willoughby v. A-C Product Liability Trust, et al.
OHN 1   09-10004        Anthony R. Tomassetti v. A-C Product Liability Trust, et al.
OHN 1   09-10005        Rodolfo M. Carramanzana v. A-C Product Liability Trust, et al.
OHN 1   09-10006        Emilio G. Miranda v. A-C Product Liability Trust, et al.
OHN 1   09-10007        Alfonso G. Amposta v. A-C Product Liability Trust, et al.
OHN 1   09-10008        John L. Fischer v. A-C Product Liability Trust, et al.
OHN 1   09-10009        Elvin E. Rudasill v. A-C Product Liability Trust, et al.
OHN 1   09-10010        Philip J. Alesi, Sr. v. A-C Product Liability Trust, et al.
OHN 1   09-10011        Roger A. Hornecker v. A-C Product Liability Trust, et al.
~~OHN 1   09-10015~~        ~~Ray Fellows v. Allied Glove Corp., et al.~~ Opposed 6/2/09

RHODE ISLAND
RI  1   08-533         Vickie Gasiorowski, et al. v. Buffalo Pumps, Inc., et al.
RI  1   09-194         Duane Riemann, et al. v. Buffalo Pumps, Inc., et al.

SOUTH CAROLINA
SC  0   09-882         Gerald Tinsley Mode, et al. v. Aqua-Chem, Inc., et al.
SC  0   09-970         Leroy Stroud, Jr., et al. v. Aqua-Chem, Inc., et al.
SC  0   09-1040        Wendell Alphonzo Norwood, et al. v. Aqua-Chem, Inc., et al.
SC  6   09-881         Michael Homer Masters, et al. v. Aqua-Chem, Inc., et al.
SC  6   09-972         Richard Caldwell Layton, et al. v. Aqua-Chem, Inc., et al.
SC  7   09-884         Knox Douglas Hambright v. Aqua-Chem, Inc., et al.
SC  8   09-883         William Chane Land, et al. v. Aqua-Chem, Inc., et al.
SC  8   09-968         Edward Robert Holden, et al. v. Aqua-Chem, Inc., et al.
SC  8   09-969         Ronnie Eugene Nix, Sr., et al. v. Aqua-Chem, Inc., et al.
SC  8   09-973         James David Hunt, et al. v. Aqua-Chem, Inc., et al.
SC  8   09-974         Wendell Scott Haynes v. Aqua-Chem, Inc., et al.
SC  8   09-975         Anthony Frank Gross, Sr., et al. v. Aqua-Chem, Inc., et al.
SC  8   09-976         Marshall Sheriff Buchanan, et al. v. Aqua-Chem, Inc., et al.
SC  8   09-987         Ray Wrenn Vassey, et al. v. Aqua-Chem, Inc., et al.
SC  8   09-989         Marion Grover Powell, et al. v. Aqua-Chem, Inc., et al.
SC  8   09-993         Ricky Joe Nelms, et al. v. Aqua-Chem, Inc., et al.
SC  8   09-995         Ronald Douglas Mauldin, Sr., et al. v. Aqua-Chem, Inc., et al.
SC  8   09-1038        David Earl Webb, et al. v. Aqua-Chem, Inc., et al.

Case 3:09-cv-01242-MHP   Document 14   Filed 06/10/09   Page 5 of 6

Page 4 of 4

**MDL No. 875 - Schedule CTO-322 Tag-Along Actions (Continued)**

TEXAS EASTERN
  TXE  2  09-74        Joyce Bush, et al. v. Allis-Chalmers Product Liability Trust, et al.

VIRGINIA EASTERN
  VAE  2  09-9521      Edward J. Otto v. American Standard, Inc., et al.
  VAE  2  09-9522      Monroe v. American Standard, Inc., et al.
  VAE  2  09-9523      Thomas F. Siminski v. American Standard, Inc., et al.
  VAE  2  09-9524      Milton G. Snavely v. American Standard, Inc., et al.
  VAE  2  09-9525      Monroe v. American Standard, Inc., et al.
  VAE  2  09-9526      Monroe v. American Standard, Inc., et al.
  VAE  2  09-9527      Steele v. American Standard, Inc., et al.
  VAE  2  09-9528      William J. Adams v. American Standard, Inc., et al.
  VAE  2  09-9529      Thomas R. Berkshire v. Berkshire, et al.
  VAE  2  09-9530      Franklin D. Bess v. American Standard, Inc., et al.
  VAE  2  09-9531      Ivan J. Garman v. American Standard, Inc., et al.
  VAE  2  09-9532      Monroe v. American Standard, Inc., et al.
  VAE  2  09-9533      Thomas E. Hutchins v. American Standard, Inc., et al.
  VAE  2  09-9534      Francis M. Hendricks, et al. v. Certainteed Corp., et al.

WASHINGTON WESTERN
  WAW 2  09-483       William Dennis v. Todd Shipyards Corp., et al.
  WAW 3  09-5087      Pauline Leonard Thompson, etc. v. Foster Wheeler, LLC, et al.

MICHAEL E. KUNZ
CLERK'S OFFICE
CLERK OF COURT

ROOM 2609
(267) 299-7018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURT HOUSE
601 MARKET STREET
PHILADELPHIA 19106-1797

IN RE:   ASBESTOS PRODUCTS LIABILITY LITIGATION
         MDL 875

Dear Clerk:

The enclosed certified copy of a Conditional Transfer Order (CTO-322) from the Judicial Panel is being sent to you regarding the involved action(s) listed on the schedule. These case(s) have been properly identified as multi district litigation asbestos cases.

**\*\*PLEASE DO NOT FORWARD ANY OF THE RECORD OR ANY DOCUMENTS TO OUR COURT. WE ALSO DO NOT NEED A COPY OF THE DOCKET OR THIS ORDER RETURNED TO OUR COURT.\*\***

This copy is information for your court's records. We will extract your case from the pacer website; you are not required to forward any documents from your court's records. We are in the process of assigning new case numbers and all future docketing will be conducted in our court. A Transfer Order and Case Log will be sent to your Clerk. If you have any questions please contact me at (267) 299-7018.

Sincerely,

MICHAEL E. KUNZ
Clerk of Court

Tom Dempsey

Tom Dempsey
MDL Docketing Clerk

Enclosure